UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THAN DINH LE, | CASE NO. C25-2454-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO APPOINT COUNSEL |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Than Dinh Le has filed a motion seeking appointment of counsel in this matter. Dkt. No. 2. The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1) A review of Petitioner's petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated financial eligibility for such appointment. *See id.* Accordingly, Petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 8th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge