THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THAN DINH LE,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>    Respondents. | No. CV25-2454-KKE<br><br>ORDER EXTENDING RESPONSE DEADLINE |

THE COURT has considered Petitioner Than Dinh Le's unopposed motion to extend the response deadline. Dkt. No. 12. Finding good cause to support an extension, the Court GRANTS the motion (Dkt. No. 12) and ORDERS that Petitioner's response to Respondent's return memorandum is due January 23, 2026. The clerk is directed to RE-NOTE the return (Dkt. No. 9) for January 23, 2026.

DATED this 23rd day of December 2025.

Kymberly K. Evanson
United States District Judge